**Dismissed and Memorandum Opinion filed January 12, 2023.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00838-CV

**CRISTINA DENBINA, Appellant**

**V.**

**DEVON DENBINA, Appellee**

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-00064**

## MEMORANDUM OPINION

This is an accelerated appeal from an order signed November 4, 2022. *See* Uniform Child Custody Jurisdiction and Enforcement Act, Tex. Fam. Code Ann. § 152.314. The notice of appeal was filed November 9, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On December 15, 2022, this court ordered appellant to pay the appellate filing fee on or before December 27, 2022 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.